# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LARY LEE SPEAKMAN,

       Defendant.

_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Motion to File Additional Motions Relating to the Admissibility at Trial of Discreet Material Disclosed Pursuant to Rule 16 of the Federal Rules of Criminal Procedure (Doc 30 - filed February 8, 2008) is **GRANTED**.

Dated: February 11, 2008