**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE  LEWIS  T.  BABCOCK**

_____

Courtroom Deputy:  LaDonne Bush          Date:  February 22, 2008
Court Reporter:      Gwen Daniel

_____

Criminal Action No. 07-cr-00427-LTB          _Counsel:_

UNITED STATES OF AMERICA,                    Thomas O'Rourke

      Plaintiff,

v.

1. LARY LEE SPEAKMAN,                        Richard Banta

      Defendant.

_____

# COURTROOM MINUTES
_____

**Hearing - Status/Scheduling**

2:05 p.m.      Court in session.

Defendant present and on bond.

**ORDERED:**  Motion to Withdraw (Doc. 20) is denied as moot.

**ORDERED:**  Motion for Disclosure of Rule 404(b) Evidence (Doc. 26) granted as confessed.

**ORDERED:**  Motion for Disclosure of Evidence Favorable to the Accused (Doc. 27) is granted.

**ORDERED:**  Motion for Disclosure of Jencks Material (Doc. 28) is granted with disclosure 21 days before trial.

**ORDERED:**  Motion for Disclosure of Expert Witnesses (Doc. 29) is granted subject to the Rule 16 requirements being met by the government 21 days before trial.

**ORDERED**: Case is set for a status conference on Tuesday, March 25, 2008, at 8:30 a.m.

2:15 p.m.    Court in recess.

Hearing concluded.
Time: 00:10