<pre>
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                          LEWIS T. BABCOCK, JUDGE
</pre>

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      LARY LEE SPEAKMAN,

       Defendant.

_____

# ORDER
_____

For the reasons stated on the record at the February 22, 2008, hearing, IT IS HEREBY ORDERED as follows:

    1.    Defendant's Motion to Withdraw [**Docket # 20**] is DENIED as moot;

    2.    Defendant's Motion for Disclosure of Rule 404(b) Evidence [**Docket # 26**] is GRANTED as confessed;

    3.    Defendant's Motion for Disclosure of Evidence Favorable to the Accused Pursuant to *Brady v. Maryland* [**Docket # 27**] is GRANTED;

    4.    Defendant's Motion [for] Disclosure of Jencks Material [**Docket # 28**] is GRANTED. The Government shall provide the statements of any witness intended to be called no later than 21 days prior to the start of trial;

    5.    Defendant's Motion for Disclosure of Expert Witnesses and Discovery Pursuant to Rule 16 of the Federal Rules of Criminal Procedure and Rules 702, 703, or 705 of the Federal Rules of Evidence [**Docket # 29**] is GRANTED. The Government shall disclose expert

witnesses and discovery pursuant to the Rule 16 requirements no later than 21 days prior to the start of trial;

      6.    An additional status/scheduling hearing is set for **Tuesday, March 25, 2008, at 8:30 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: February __22__, 2008.

                                                                      BY THE COURT:

                                                                       s/Lewis T. Babcock
                                                                       Lewis T. Babcock, Judge