**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LARY LEE SPEAKMAN,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     The Tenth Circuit Court of Appeals issued the mandate for this case on March 19, 2010. A scheduling hearing is set **Wednesday, April 7, 2010 at 9:00 a.m**. in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present

Dated: March 23, 2010