# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LARY LEE SPEAKMAN,

    Defendant.

---

## ORDER
---

As set forth on the record at the hearing held on May 6, 2010, IT IS HEREBY ORDERED that a further status and scheduling hearing is set for **Friday, June 4, 2010 at 9:00 a.m.**

Dated: May  6th , 2010, in Denver, Colorado.

    BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE