IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    LARY LEE SPEAKMAN,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a further status/scheduling hearing regarding this matter is set **Tuesday, August 3, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant's presence is waived.

Dated: June 4, 2010