**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00427-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LARY LEE SPEAKMAN,

        Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm dates set at the status/scheduling hearing held August 3, 2010:

    -Government has **up to and including September 30, 2010** to file a stipulation and attachment, including the transcript, and an opening brief regarding proceedings before the arbitration panel

    -Defendant's response is due **October 15, 2010**

    -Government's reply is due **October 29, 2010**

    -Oral argument is set **Wednesday, December 29, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant's presence is waived.


Dated:  August 4, 2010